AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Griffith, Thomas B. | 2. Court or Organization<br><br>US Court of Appeals-DC Circuit | 3. Date of Report<br><br>5/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>333 Constitution Avenue, NW<br>Suite 3917<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Board | American Bar Association/Central European and Eurasian Law Initiative |
| 2. Member, Board of Directors | Friends of the CEELI Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 14 P 1: 22 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Brigham Young University - Adjunct Professor salary | $18,800.00 |
| 2. 2009 | Univeristy of Cincinnati, Judge-in-Residence Program | $3,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | J. Reuben Clark Law Society | 2/13/09-2/15/09 | Harvard Law School | Participate in JRCLS Conference | Airfare, meals, parking, taxi |
| 2. | Federalist Society/Harvard Law Journal of Public Policy | 2/17/09-2/18/09 | Harvard Law School | Speak to Student Chapters | Airfare, hotel, meals, shuttle service |
| 3. | Harvard Law Latter Day Saints Association | 4/7/09-4/8/09 | Harvard Law School | Speak at Association meeting | Airfare |
| 4. | University of Cincinnati Judge-in-Residence Program | 4/14/09-4/17/09 | University of Cincinnati | Participate in Judge-in-Residence program | Airfare, hotel, meals, taxi and shuttle |
| 5. | Federalist Society at University of Chicago | 4/29/09-4/30/09 | University of Chicago | Speak to Student Chapter | Airfare, hotel, meals, shuttle, taxi |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

| 6. | American Bar Association | 6/22/09-6/27/09 | Prague, Czech Republic | Europe and Eurasia Regional Meeting | Airfare, housing, meals, mileage |
|---|---|---|---|---|---|
| 7. | J. Reuben Clark Law Society | 9/28/09-9/29/09 | Phoenix, AZ | Speak to JRCLS Chapter | Airfare, hotel, meals, taxi, parking, mileage |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One | Finance Plan | K |
| 2. Wells Fargo | Credit Card | J |
| 3. Discover | Finance Plan | J |
| 4. American Express | Credit Card | K |
| 5. Chase | Finance Plan | J |
| 6. Dell | Finance Plan | J |
| 7. C & D Construction | Unsecured Construction Loan | K |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Wells Fargo Bank Acct | A | Interest | J | T | | | | | |
| 2.   New York Life Whole Life Policy | A | Interest | J | T | | | | | |
| 3.   Nuveen #1 | A | Dividend | J | T | | | | | |
| 4.   Nuveen #2 | A | Dividend | J | T | | | | | |
| 5.   DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B. | 5/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544